**SEALED BY COURT ORDER**

# UNITED STATES DISTRICT COURT
for the
Northern District of California

EASTERN DISTRICT OF CALIFORNIA
CASE NO. 5:13-mj-00061 JLT

United States of America
v.
Lovett Milton

Defendant

Case No. CR-04-40097-CW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __LOVETT MILTON__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583 Violation of conditions of supervised release

Date: Sep 26, 2013

*Issuing officer's signature*

City and state: Oakland, CA

Kelly Collins, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9/26/2013, and the person was arrested on *(date)* 9/27/2013
at *(city and state)* Bakersfield, CA.

Date: 9/27/2013

*Arresting officer's signature*

Kyle Luce   DUSM
*Printed name and title*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

SEALED
BY COURT ORDER

### Petition for Arrest Warrant for Offender Under Supervision

**Name of Offender**
Lovett Milton

**Docket Number**
CR-04-40097DLJ

FILED
SEP 26 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Name of Sentencing Judge:** The Honorable D. Lowell Jensen
U.S. District Judge

**Date of Original Sentence:** July 25, 2005

**Original Offense**
Count One: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony

**Original Sentence:** 120 months imprisonment; 3 years supervised release

**Special Conditions:** Special assessment $100; no alcohol; drug treatment; mental health treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection.

**Prior Form(s) 12:** On July 18, 2013, a Request for Modifying the Conditions or Term of Supervision with Consent of Offender was filed as the offender did not have a viable release address. The Court concurred and amended the offender's conditions accordingly.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
James E. Keller

**Date Supervision Commenced**
July 23, 2013
**Defense Counsel**
Jerome Matthews (AFPD)

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Mark Unalp, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by

**RE:**  Milton, Lovett                                                                                                                        2
CR-04-40097DLJ

employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the offender violated the standard condition that he not commit another federal, state, or local crime.<br><br>On September 25, 2013, the offender was found in possession of a crack pipe at the Residential Reentry Center in violation of California Health and Safety Code § 11364 - Possession of Drug Paraphernalia.<br><br>Evidence to support this charge is contained in the memorandum report from the Turning Point Residential Reentry Center in Bakersfield. |
| Two | There is probable cause to believe that the offender violated the standard condition of supervised release requiring that he not violate any federal, state, or local laws.<br><br>On September 25, 2013, the offender threatened to assault staff and another resident at the Bakersfield Residential Reentry Center in violation of California Penal Code §422 – Threats to Commit Crime Resulting in Death or Great Bodily Injury.<br><br>Staff noticed a resident holding a room door shut. The resident stated "this guy is going to stab me, he has a screw driver!"<br><br>The offender subsequently threatened staff. He continued to confront staff with threats, "I will beat your mother fucking ass if you touch me again."<br><br>Evidence to support this charge is contained in the memorandum report from the Turning Point Residential Reentry Center in Bakersfield. |

Based on the foregoing, there is probable cause to believe that Lovett Milton violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

RE:  Milton, Lovett                                                                                                3
CR-04-40097DLJ

Respectfully submitted,                          Reviewed by:

_____                        _____
Mark Unalp                                       Teresa Hoffman
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: September 26, 2013

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of probation and orders:

☒ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL. THE FORM 12 WILL BE AUTOMATICALLY UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

☐ Other:

SEP 2 6 2013
_____                        _____
Date                                             Claudia Wilken
                                                 Chief United States District Judge

NDC-SUPV-FORM 12B(1) 02/26/10

RE:  Milton, Lovett                                                                                                   4
CR-04-40097DLJ

## APPENDIX

Grade of Violations:  B

Criminal History at time of sentencing:  V

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 2 years<br>18 U.S.C. § 3583(e)(3) | 18 - 24 months<br>USSG §7B1.4(b),p.s. |
| **Supervised Release:** | 3 years minus any custody time imposed<br>18 U.S.C. § 3583(h) | 3 years minus any custody time imposed<br>USSG §7B1.3(g),p.s. |
| **Probation:** | Not Applicable | Not Applicable |