AO 442 (Rev. 11/11) Arrest Warrant

SEALED
BY COURT ORDER

# UNITED STATES DISTRICT COURT
for the
Northern District of California

EASTERN DISTRICT OF CALIFORNIA
CASE NO. 5:13-mj-00061 JLT

| United States of America | ) | |
| v. | ) | Case No. CR-04-40097-CW |
| Lovett Milton | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   **LOVETT MILTON**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583   Violation of conditions of supervised release

Date: Sep 26, 2013

_Issuing officer's signature_

City and state:   Oakland, CA

Kelly Collins, Deputy Clerk
_Printed name and title_

### Return

This warrant was received on (date) 9/26/2013, and the person was arrested on (date) 9/27/2013
at (city and state) Bakersfield, CA.

Date: 9/27/2013

_Arresting officer's signature_

Kyle Luce  DUSM
_Printed name and title_