UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

U.S. District Court
Northern District of California
1301 Clay Street, Suite 400
Oakland, CA 94612

| | |
|---|---|
| **RE:** | **USA vs.** |
| **USDC No.:** | **5:13–MJ–00061–JLT** |

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated October 03, 2013 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 7.**

    Documents maintained electronically by the district court are accessible through
    PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**October 4, 2013**      /s/  **T. Lundstrom**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER: